PETER SZANTO 949-887-2369
11 Shore Pine
Newport Beach CA 92657

# United States District Court

## in and for the District of Oregon
### 1000 SW Third Ave, Portland ORE 97204

| Peter SZANTO, | # 3:20-cv-533 SI |
|---|---|
| **Appellant** | **Response Regarding** |
| | **2 Cost and Fees Appeals** |
| | **Hon. Judge Simon** |

May it please the Court.

The 2 judgments related to costs and fees were assessed last, and so should properly be briefed last.

Respectfully,

Dated 15 May 2020   /s/ *signed electronically* Peter Szanto

20-cv-533                                 response 5-15-20– pg. 1

# **PROOF OF SERVICE**

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is PO Box 14894, Irvine CA 92623.

On the date indicated below, I personally served the within:

### **Response**

on the following by placing the within document in postage pre-paid envelope addressed as:

**Nicholas J. Henderson**

Motschenbacher & Blattner
117 SW Taylor St., Suite 300
Portland, OR 97204

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Irvine CA.

<u>15 May 2020</u>  /s/*signed electronically*  M. Reynolds